

United States District Court
Eastern District of California

| | |
|---|---|
| (PS) Stephen Lohbeck | Case Number: 2:26-cv-01493-DJC-CSK |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| CSL Plasma Inc. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Bruce J. Douglas _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant CSL Plasma Inc. _____

On _____05/07/1980_____ (date), I was admitted to practice and presently in good standing in the

_____U.S. District Court – District of Minnesota_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

_____

Date: ___4.17.26___      Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Bruce J. Douglas

Law Firm Name: OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

Address: 225 South Sixth Street, Suite 1800

City: Minneapolis    State: MN    Zip: 55402

Phone Number w/Area Code: (612) 336-6858

City and State of Residence: Edina, Minnesota

Primary E-mail Address: bruce.douglas@ogletree.com

Secondary E-mail Address: peggy.pesch@ogletree.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Natalie B. Fujikawa

Law Firm Name: OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

Address: 400 Capitol Mall, Suite 2800

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 840-3150    Bar # 258724

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/27/2026

JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____ , Clerk of this Court,

certify that _____ Bruce J Douglas _____ , Bar # _____ 23966 _____ ,

was duly admitted to practice in this Court on _____ 05/07/1980 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, Minnesota _____ on _____ 04/15/2026 _____
　　　　　　　　　　　(Location)　　　　　　　　　　　　　　　　　　　　(Date)

Kate M. Fogarty
CLERK

Ken O Adami
DEPUTY CLERK