

# United States District Court
## Eastern District of California

| | |
|---|---|
| (PS) Stephen Lohbeck | Case Number: 2:26-cv-01493-DJC-CSK |
| Plaintiff(s) | |

V.

CSL Plasma Inc.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Paola K. Maldonado _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant CSL Plasma Inc.

On ____12/13/2022____ (date), I was admitted to practice and presently in good standing in the ____U.S. District Court – District of Minnesota____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _APRIL 17, 2026_     Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Paola K. Maldonado |
| Law Firm Name: | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C. |
| Address: | 225 South Sixth Street, Suite 1800 |
| City: | Minneapolis    State: MN    Zip: 55402 |
| Phone Number w/Area Code: | (612) 263-8021 |
| City and State of Residence: | St. Paul, Minnesota |
| Primary E-mail Address: | paola.maldonado@ogletree.com |
| Secondary E-mail Address: | peggy.pesch@ogletree.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Natalie B. Fujikawa |
| Law Firm Name: | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C. |
| Address: | 400 Capitol Mall, Suite 2800 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 840-3150    Bar # 258724 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/29/2026

_____
JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____ , Clerk of this Court,

certify that _____ Paola K. Maldonado _____ , Bar # _____ 403661 _____ ,

was duly admitted to practice in this Court on _____ 12/13/2022 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, Minnesota _____ on _____ 04/15/2026 _____
_____(Location)_____        _____(Date)_____

_____
Kate M. Fogarty
*CLERK*

_____
*DEPUTY CLERK*