UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LOHBECK,<br>Plaintiff,<br>v.<br>CSL PLASMA, INC.,<br>Defendant. | Case No. 2:26-cv-01493-DJC-CSK (PS)<br>ORDER<br>(ECF No. 39) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 16, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 39), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On July 22, 2026, Plaintiff filed objections to the findings and recommendations. (ECF No. 40.) On August 5, 2026, Defendant filed an opposition to Plaintiff's objections. (ECF No. 41.) The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections and Defendant's opposition, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is

appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 39) are ADOPTED IN FULL;
2. Plaintiff's motion to remand (ECF No. 7) is DENIED;
3. Plaintiff's motion for sanctions (ECF No. 8) is DENIED;
4. Plaintiff's motion in argument (ECF No. 9) is DENIED as duplicative;
5. Plaintiff's motion for sanctions (ECF No. 37) is DENIED; and
6. Plaintiff's motion to strike affirmative defenses in Defendant's Answer (ECF No. 11) is GRANTED IN PART and DENIED IN PART as follows:
    a. Fourth Affirmative Defense (consent): stricken with leave to amend;
    b. Seventh Affirmative Defense (no extreme or outrageous conduct): stricken without leave to amend;
    c. Eighth Affirmative Defense (no severe emotional distress): stricken without leave to amend;
    d. Thirteenth Affirmative Defense (unclean hands): stricken with leave to amend;
    e. Fourteenth Affirmative Defense (superseding acts): stricken without leave to amend;
    f. Sixteenth Affirmative Defense (comparative fault): stricken without leave to amend;
    g. Eighteenth Affirmative Defense (uncertain, ambiguous, unintelligible pleading): stricken without leave to amend;
    h. Twentieth Affirmative Defense (assumption of risk): stricken with leave to amend;
    i. Twenty-Second Affirmative Defense (estoppel): stricken with leave to amend;
    j. Twenty-Fourth Affirmative Defense (indemnity): stricken with leave to amend;

k. Twenty-Fifth Affirmative Defense (fraud): stricken with leave to amend;

l. Twenty-Eighth Affirmative Defense (res judicata/collateral estoppel): stricken with leave to amend;

m. Twenty-Ninth Affirmative Defense (waiver): stricken with leave to amend;

n. Plaintiff's motion to strike is denied as to all other affirmative defenses pleaded in the Answer.

7. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8/lohb26cv1493.JO.obj